UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ALEXIUS DWONE BURRELL
2675 ASHLAWN DRIVE
MONTGOMERY, AL 36111

CASE NO: 17-33439-DHW

Soc. Sec. No. XXX-XX-7577
Debtor.

## INCOME WITHHOLDING ORDER

TO: BIG LOTS DISTRIBUTION CENTER
ATTN PAYROLL
300 PHILLIPI RD
COLUMBUS, OH 43228

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BIG LOTS DISTRIBUTION CENTER withhold from the wages, earnings, or other income of this debtor the sum of **$112.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
17-33439-DHW ALEXIUS DWONE BURRELL
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, December 5, 2017.

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge