UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                                                     Case No.17-33439-WRS
ALEXIUS DWONE BURRELL                              Chapter 13
2675 ASHLAWN DR
MONTGOMERY, AL 36111

Debtor

## Order Releasing Wages

     The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                          WEST ROCK
                          ATTN PAYROLL
                          111 FOLMAR PKWY
                          MONTGOMERY, AL  36105

     The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, August 24, 2021.

                                                             */s/ William R. Sawyer*
                                                             William R. Sawyer
                                                             United States Bankruptcy Judge

cc:  Alexius Dwone Burrell